IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LONNIE LOWERY,

      Plaintiff

                                                              CIVIL NO. 3:07cv511

TRANS UNION, LLC., et al

      Defendants

## AFFIDAVIT IN SUPORT OF ENTRY OF DEFAULT

STATE OF VIRGINIA
CITY OF NEWPORT NEWS, to-wit:

1. I am the attorney for Plaintiff in the above action.

2. A copy of the summons and complaint was served on defendant through the Secretary of Commonwealth and the return of service was filed with the Clerk on September 19, 2007.

3. Defendant, GE MONEY BANK, has not answered or otherwise appeared in this action and the time within which defendant may appear has expired.

4. Defendant, GE MONEY BANK, is not an individual and is not an infant or incompetent person.

5. The last known address for the Defendant, GE MONEY BANK, was P. O. Box 981064, El Paso, TX 79998-1064 at the time of the filing of the lawsuit, which was the address service was attempted at through the Secretary of Commonwealth. While the address is believed to still remain valid, Plaintiff's counsel has subsequently learned of an additional address listed for the Defendant, GE MONEY BANK, P. O. Box 103065, Roswell, GA 30076, and is therefore sending a copy of this request to the Defendant at both addresses.

                                                                          Leonard A. Bennett

Subscribed and sworn to before me this 5th day of December, 2007 by Leonard A. Bennett.

_____
NOTARY PUBLIC

My commission expires:

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Mark Gregory Carlton**
Harman Claytor Corrigan & Wellman
4951 Lake Brook Dr
Suite 100
Glen Allen, VA 23060-9272
(804) 747-5200
Fax: (804) 747-6085
Email: mcarlton@hccw.com

**Bruce S. Luckman**
Kogan, Trichon & Wertheimer, P.C.
1818 Market St, 30th Floor
Philadelphia, PA 19103
(215) 575-7622
Fax: (215) 575-7688
Email: bluckman@mstkw

And I certify that I mailed a true copy of the foregoing document to the Defendant, GE Money Bank by certified mail on this 5th day of December at the last known address listed for service through Secretary of Commonwealth, P. O. Box 981064, El Paso, TX 79998-1064 and the additional address of P. O. Box 103065, Roswell, GA 30076.

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net