**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

Lonnie Lowery,

    Plaintiff

vs.                                   **Civil Action No.** 3:07cv511

GE Money Bank,

    Defendant

ENTRY OF DEFAULT

    IT APPEARING by affidavit of counsel for the plaintiff, Lonnie Lowery, that the defendant, GE Money Bank, has failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against GE Money Bank, defendant .

                                              FERNANDO GALINDO, CLERK

                                              BY: _____/s/_____
                                                       Kara S. Young