IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LONNIE LOWERY,

    Plaintiff

                              CIVIL NO. 3:07cv511

TRANS UNION, LLC., et al

    Defendants

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

COMES NOW the Plaintiff, LONNIE LOWERY, and pursuant to F.R.C.P. 55, he moves the Court for entry of default judgment in his favor against Defendant, GE MONEY BANK and to set a hearing to determine the amount of damages.

                              LONNIE LOWERY,

                              _____/s/_____
                              Leonard A. Bennett, Esq.
                              VSB #37523
                              Attorney for Plaintiff
                              CONSUMER LITIGATION ASSOCIATES, P.C.
                              12515 Warwick Boulevard, Suite 100
                              Newport News, Virginia 23606
                              (757) 930-3660 - Telephone
                              (757) 930-3662 – Facsimile
                              lenbennett@cox.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Mark Gregory Carlton**
Harman Claytor Corrigan & Wellman
4951 Lake Brook Dr
Suite 100
Glen Allen, VA 23060-9272
(804) 747-5200
Fax: (804) 747-6085
Email: mcarlton@hccw.com

**Bruce S. Luckman**
Kogan, Trichon & Wertheimer, P.C.
1818 Market St, 30th Floor
Philadelphia, PA 19103
(215) 575-7622
Fax: (215) 575-7688
Email: bluckman@mstkw

And I certify that I mailed a true copy of the foregoing document to the Defendant, GE Money Bank by certified mail on this 10th day of December at the last known address listed for service through Secretary of Commonwealth, P. O. Box 981064, El Paso, TX 79998-1064 and the additional address of P. O. Box 103065, Roswell, GA 30076.

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net