IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LONNIE LOWERY,

        Plaintiff

                                    CIVIL NO. 3:07cv511

TRANS UNION, LLC., et al

        Defendants

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR ENTRY OF DEFAULT JUDGMENT

COMES NOW the Plaintiff, by counsel, as and for his memorandum in support of his Motion for Entry of Default Judgment, states as follows:

This Plaintiff filed his complaint on August 22, 2007. As Defendant , GE Money Bank ("GE") does not have a registered agent or any officer available for service within the Commonwealth of Virginia, Plaintiff accomplished service through Virginia's Secretary of the Commonwealth. Service was returned to the Clerk of this Court on September 18, 2007. Accordingly, Defendant's answer was due by or before October 9, 2007. As of November 30, 207, Defendant has not filed an answer to the complaint.

The Plaintiff thus moves this Court for entry of default judgment pursuant to F.R.C.P. §55(b)(2). Plaintiff's damages are unliquidated. Accordingly, the Plaintiff asks the Court to set a hearing at which Plaintiff may present evidence of his damages.

LONNIE LOWERY,

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Mark Gregory Carlton**
Harman Claytor Corrigan & Wellman
4951 Lake Brook Dr
Suite 100
Glen Allen, VA 23060-9272
(804) 747-5200
Fax: (804) 747-6085
Email: mcarlton@hccw.com

**Bruce S. Luckman**
Kogan, Trichon & Wertheimer, P.C.
1818 Market St, 30th Floor
Philadelphia, PA 19103
(215) 575-7622
Fax: (215) 575-7688
Email: bluckman@mstkw

And I certify that I mailed a true copy of the foregoing document to the Defendant, GE Money Bank by certified mail on this 10th day of December at the last known address listed for service through Secretary of Commonwealth, P. O. Box 981064, El Paso, TX 79998-1064 and the additional address of P. O. Box 103065, Roswell, GA 30076.

/s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net